1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUAN FLORES-RENDON

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:10-CR-00137 AWI
                                    )
12         Plaintiff,                )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING; ORDER
13    v.                             )
                                    )
14 JUAN FLORES-RENDON,              )   Date:  February 28, 2011
                                    )   Time:  9:00 A.M.
15         Defendant.                )   Judge: Hon. Anthony W. Ishii
                                    )
16 _____)

17

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for February 7, 2011, **may be continued to February 28, 2011 at 9:00 a.m.**

21     This continuance is requested by counsel for the defendant to allow additional time for defense

22 investigation and plea negotiation prior to hearing.  The requested continuance will conserve time and

23 resources for both counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: February 3, 2011         By  /s/ Ian Garriques
                                    IAN GARRIQUES
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender


DATED: February 3, 2011         By  /s/ Marc Days
                                    MARC DAYS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Juan Flores-Rendon


## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   February 3, 2011                          _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE